UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MATHEW MILLS

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Mag- 10909 (UA)

Defendant ____MATHEW MILLS_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/ Matthew Mills by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Matthew Mills
_____
Print Defendant's Name

_Susanne Brody_
_____
Defendant's Counsel's Signature


Susanne Brody
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Dec 22, 2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge